# Court of Appeals

## Tenth Appellate District of Texas

---

### 10-26-00195-CR

---

In re Jerry Lee Thomas

---

### Original Proceeding

---

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's petition for writ of mandamus, filed on May 19, 2026, is denied.

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  May 28, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Denied
Do Not Publish
OT06

